IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES CHAMPION,

    Plaintiff,

    v.

WAL-MART STORES, INC.,

    Defendant.

Case No. 16-cv-318 JPG/PMF

## **ORDER**

    The undersigned Judge hereby recuses himself in the above-entitled action and the Clerk is directed to reassign this case by random draw. Upon random draw, this case has been reassigned to United States District Chief Judge Michael J. Reagan.   All future filings in this case shall bear the case number 16-cv-318 MJR/PMF.

**IT IS SO ORDERED.**
**DATED: March 25, 2016**

                                          *s/ J. Phil Gilbert*
                                          **UNITED STATES DISTRICT JUDGE**